UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STORYLINES GLOBAL INC., a Delaware corporation, STORYLINES NARRATIVE AG & CO KG, a Liechtenstein Limited Company, and ALISTER PUNTON,<br><br>                         Plaintiffs,<br><br>-against-<br><br>THE SMITH FAMILY TRUST and HORACE HALSEY SMITH, an individual,<br><br>                         Defendants. | Case No. 1:25-cv-05419 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On June 30, 2025, Plaintiffs initiated this action and moved to file their Complaint under seal.[1]  *See* Dkts. 1, 3.  The Court has reviewed Plaintiffs' motion to seal and is concerned that it is unable to locate the following cited authority: "*Epstein v. Epstein*, No. 19 Civ. 5555 (JMF), 2019 WL 3317280 (S.D.N.Y. July 24, 2019)."  Dkt. 3 at 1-2.

Accordingly, it is hereby ORDERED that Plaintiffs shall file a letter with the Court no later than **July 7, 2025**, providing a corrected citation for *Epstein v. Epstein* or otherwise addressing the apparent inaccuracy.  *Cf. Park v. Kim*, 91 F.4th 610, 615 (2d Cir. 2024) (expressing concern regarding reliance on nonexistent authority).

Dated: July 2, 2025
          New York, New York

                                                            SO ORDERED.

                                                            _____
                                                            JENNIFER L. ROCHON
                                                            United States District Judge

---

[1] Pursuant to the Southern District of New York's Electronic Case Filing Rules and Instructions, "[d]ocuments may not be placed under seal or redacted without leave of the Court."  *See* ECF Rule 6.1 (available at https://www.nysd.uscourts.gov/rules/ecf-related-instructions).