UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STORYLINES GLOBAL INC., a Delaware corporation, STORYLINES NARRATIVE AG & CO KG, a Liechtenstein Limited Company, and ALISTER PUNTON,

                        Plaintiffs,

-against-

THE SMITH FAMILY TRUST and HORACE HALSEY SMITH, an individual,

                        Defendants.

Case No. 1:25-cv-05419 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On June 30, 2025, Plaintiffs initiated this action and moved to file their publicly filed Complaint under seal. *See* Dkts. 1, 3. On July 2, 2025, the Court issued an Order advising Plaintiffs that it was unable to locate the following authority cited in their Motion to Seal: "*Epstein v. Epstein*, No. 19 Civ. 5555 (JMF), 2019 WL 3317280 (S.D.N.Y. July 24, 2019)." Dkt. 11 at 1 (quoting Dkt. 3 at 1-2). The Court directed Plaintiffs to "file a letter with the Court no later than July 7, 2025, providing a corrected citation for *Epstein v. Epstein* or otherwise addressing the apparent inaccuracy." *Id.* (emphasis omitted) (citing *Park v. Kim*, 91 F.4th 610, 615 (2d Cir. 2024)).

Instead of filing the required response, on July 7, 2025, Plaintiffs filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1). *See* Dkt. 12. In that filing, "[c]ounsel apologiz[ed] to the Court for the error in the prior pleading and voluntarily withdr[ew] the same." *Id.* at 1. Plaintiffs have not complied with the Court's July 2, 2025 Order by providing an explanation for the nonexistent or erroneous case citation.

Although this case is now closed, the Court retains ancillary jurisdiction to "manage its proceedings, vindicate its authority, and effectuate its decrees." *Murchinson Ltd. v. Nano*

*Dimension Ltd.*, No. 23-cv-03658 (JLR), 2025 WL 1397615, at *3 (S.D.N.Y. May 14, 2025) (quoting *Garcia v. Teitler*, 443 F.3d 202, 208 (2d Cir. 2006)).

Accordingly, it is hereby ORDERED that no later than **July 17, 2025,** Plaintiffs shall file a letter providing a more fulsome explanation for their erroneous citation to *Epstein v. Epstein*, including whether the citation or the brief at Dkt. 3 overall was generated through an artificial-intelligence tool without appropriate review.

Dated: July 10, 2025
      New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge